81,972-05

MANDAMUS NO. WR-81,972-05

TO THE CLERK OF THE COURT: ABEL ACOSTA:

In my original writ of mandamus WR-81,972-05 I sent in some documents attached to the writ as evidence. These documents are my only copies of the evidence I need to further my appeal process and was wondering if I could requests that copies be made and retuned to me? I have a writ of habeas corpus on the docket in the 291st Judicial District Court that was remanded by the Court of Criminal Appeals in March of 2015. WR-81,972-04, writ no. W03-25657-U(A). I need the documents I sent in with the above mentioned Mandamus in order to prepare my petition for W03-25713-U(A), and W03-25714-U(A), which were denied by the Court of Criminal Appeals in 2014, WR-81,972-02 and WR-81,972-03....

So, in order for my appeal process to be effective I truely need those documents to attach to my sucessive writ in my defense.

Thank You In Advance For Your Time.

Bobby Drew Autry #1701196

William G. McConnell Unti

3001 S. Emily Drive

Beeville, Texas     78102

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 08 2015
Abel Acosta, Clerk